## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIMBERLY DAVIS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **No. 16-428** |
| **PROGRESSIVE INSURANCE COMPANY,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 8th day of March, 2016, upon consideration of the parties' March 8, 2016 stipulation (doc. no. 7), wherein "Plaintiff represents and agrees that the amount in controversy . . . does not meet the minimum jurisdictional threshold of $75,000 for removal to federal court," it is hereby **ORDERED** that this case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

Mitchell S. Goldberg, J.